# UNITED STATES DISTRICT COURT
# NEW MEXICO

| | |
|---|---|
| JAVIER CHAVEZ ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 19-cv-0997 KWR/SMV (DNM) |
| ) | |
| C.R. BARD, INC. and ) | |
| BARD PERIPHERAL VASCULAR, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Stay Discovery and Pre-Trial Deadlines, and the Court having considered such unopposed motion and being otherwise advised in the premises, finds the unopposed motion well taken and shall be GRANTED. IT IS THEREFORE ORDERED that discovery and Pre-Trial Deadlines be suspended up to and including May 20th, 2020.

IT IS SO ORDERED.

_____
Honorable Stephan M. Vidmar

**Submitted By:**
**/s/** Adam W. Krause
Adam W. Krause MO # 67462
Krause and Kinsman, LLC
4717 Grand Ave., Suite 250
Kansas City, Missouri 64112
(T) 816-760-2700

(F) 816-760-2800
adam@krauseandkinsman.com

**Electronically Approved on 2/10/2020 By:**

**/s/** Philip M. Busman
Philip M. Busman
Nelson Mullins
Phil.busman@nelsonmullins.com
1010 Constitutional Ave., NW Suite 900
Washington, D.C., 20001
Phone: 202-689-2988
Fax: 202-689-2860